UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER CARBAJAL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-02730-CSK<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

///

///

///

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: February 17, 2026          LAW OFFICES OF FRANCESCO BENAVIDES

By:*/s/ Francesco Benavides**
    FRANCESCO BENAVIDES
    Attorneys for Plaintiff
    [*As authorized by e-mail on Feb. 13, 2026]


Dated: February 19, 2026          ERIC GRANT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Head of Program Litigation 1
                                  Social Security Administration | Law & Policy

                          By:     */s/ Margaret Branick-Abilla*
                                  MARGARET BRANICK-ABILLA
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant


## ORDER

Pursuant to stipulation, IT IS SO ORDERED.


DATED:   February 18, 2026

                                  HON. CHI SOO KIM
                                  UNITED STATES MAGISTRATE JUDGE

7cara.2730

2